

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Wayne Bonilla<br><br>Plaintiff,<br>V.<br><br>See attachment<br><br>Defendant. | Civil Action No.   20-cv-02266-DMS-LL<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DENIES Plaintiff's Motion to Proceed IFP (ECF No. 16) as barred by 28 U.S.C. Section 1915(g). DISMISSES this action based on Plaintiff's failure to pay the civil filing fee required by 28 U.S.C. Section 1914(a). CERTIFIES that an IFP appeal from this Order would not be taken in good faith pursuant to 28 U.S.C. Section 1915(a)(3) and DIRECTS the Clerk of the Court to close this file.

Date:   1/20/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Exler
                                    M. Exler, Deputy